1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JON R. CRAWLEY,

11          Petitioner,                    No. 2:09-cv-0955 JFM (HC)

12      vs.

13   M. EVANS,

14          Respondent.                    <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21          In addition, petitioner has requested the appointment of counsel.  There currently

22   exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>,

23   105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

24   counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R.

25   Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

26   would be served by the appointment of counsel at the present time.

1

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1. Petitioner shall submit, within thirty days from the date of this order, an

3  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

4  petitioner's failure to comply with this order will result in the dismissal of this action;

5          2. The Clerk of the Court is directed to send petitioner a copy of the in forma

6  pauperis form used by this district; and

7          3. Petitioner's April 8, 2009 request for appointment of counsel is denied without

8  prejudice to a renewal of the motion at a later stage of the proceedings.

9  DATED:  April 14, 2009.

10

11  _____
       UNITED STATES MAGISTRATE JUDGE

12

13  /mp;001
craw0955.101a

14

15

16

17

18

19

20

21

22

23

24

25

26